```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15920
    CLAUDIA D STEWART
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-6460


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/31/2007 and was confirmed 10/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/29/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
BELL AUTO LEASING          SECURED VEHIC    7866.00          579.94         1674.09
BELL AUTO LEASING          UNSECURED      NOT FILED             .00             .00
B-REAL LLC                 UNSECURED        1274.57             .00             .00
COLLECTIONS                NOTICE ONLY    NOT FILED             .00             .00
CREDIT WORLD SERVICES      NOTICE ONLY    NOT FILED             .00             .00
DEVRY INC                  UNSECURED        1969.75             .00             .00
ROUNDUP FUNDING LLC        UNSECURED        1527.38             .00             .00
II DESIGNATED              UNSECURED      NOT FILED             .00             .00
IDAPP                      UNSECURED      NOT FILED             .00             .00
ISAC                       UNSECURED        4999.20             .00             .00
LVNV FUNDING               NOTICE ONLY    NOT FILED             .00             .00
FIRST MIDWEST BANK         UNSECURED      NOT FILED             .00             .00
RESICOM                    UNSECURED      NOT FILED             .00             .00
RHODE ISLAND STUDENT LOA   UNSECURED      NOT FILED             .00             .00
RISLA COLLECTION           UNSECURED      NOT FILED             .00             .00
SALLIE MAE LSCF            UNSECURED      NOT FILED             .00             .00
US DEPT OF EDUCATION       UNSECURED      NOT FILED             .00             .00
WINDHAM PROFESSIONALS      NOTICE ONLY    NOT FILED             .00             .00
LEGAL HELPERS PC           DEBTOR ATTY     2,500.00                          1,114.93
TOM VAUGHN                 TRUSTEE                                             271.04
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  3,640.00

PRIORITY                                          .00
SECURED                                      1,674.09
   INTEREST                                    579.94
UNSECURED                                         .00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 15920 CLAUDIA D STEWART
```

```
ADMINISTRATIVE                                            1,114.93
TRUSTEE COMPENSATION                                        271.04
DEBTOR REFUND                                                  .00
                              ---------------   ---------------
TOTALS                               3,640.00          3,640.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 03/05/09             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE

                              PAGE   2
           CASE NO. 07 B 15920 CLAUDIA D STEWART